# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **YVONNE THOMAS** | ) | |
|     **Plaintiff,** | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 1:19-CV-2430-MLB** |
| **v.** | ) | |
| | ) | |
| **ROCKDALE COUNTY** | ) | |
| **and DEDRA HALL** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Yvonne Thomas, in the above-referenced matter and pursuant to Federal Rules of Civil Procedure 41(a)(1) hereby certifies that the within action is dismissed as to all counts with prejudice and all parties bearing their own costs. The clerk is requested to mark this matter, as SETTLED, DISMISSED, and CLOSED.

Respectfully submitted this 14th day of July, 2023.

*Signatures are on the following page.*

| | |
|---|---|
| */s/* *J. Stephen Mixon*<br>J. Stephen Mixon<br>Georgia Bar No. 514050<br><br>THE MIXON LAW FIRM<br>3344 Peachtree Rd N.E., Suite 800,<br>Atlanta, Georgia 30326<br>Phone: (770) 955-0100<br><br>*/s/* *Jackie R. Lee*<br>Jackie R. Lee<br>GA Bar No. 419196<br><br>LEE LAW FIRM, LLC<br>695 Pylant St, N.E., Suite 105<br>Atlanta, GA, 30306<br>Phone: (404) 301-8973<br><br>**COUNSEL FOR PLAINTIFF** | */s/* *Timothy J. Buckley III, Esq.*<br>Timothy J. Buckley III, Esq.<br>*/s/* *Eva N. Hill, Esq.*<br>Eva N. Hill, Esq.<br><br>BUCKLEY CHRISTOPHER &<br>HENSEL, P.C.<br>2970 Clairmont Road N.E., Suite 650<br>Atlanta, Georgia 30329<br><br>*/s/* *George M. Weaver, Esq.*<br>George M. Weaver, Esq.<br>HOLLBERG & WEAVER, LLP<br>6185 Mountain Brook Way<br>Sandy Springs, GA 30328<br><br>**COUNSEL FOR DEFENDANTS** |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE THOMAS | ) | |
|    Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-CV-2430-MLB |
| v. | ) | |
| | ) | |
| ROCKDALE COUNTY | ) | |
| and DEDRA HALL | ) | |
| | ) | |
|    Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this day I electronically filed the above document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all attorneys of record:

Respectfully submitted this 14th day of July 2023.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
3344 Peachtree Rd N.E., Suite 800
Atlanta, GA, 30326.
(770) 955 0100